PAUL M. GLEASON State Bar No.: 155569
TOREY J. FAVAROTE State Bar No.: 198521
RICHARD Y. CHEN State Bar No.: 225392
GLEASON & FAVAROTE, LLP
800 West Sixth Street, Suite 1010
Los Angeles, California 90017
Telephone: (213) 452-0510
Facsimile: (213) 452-0514
pgleason@gleasonfavarote.com
tfavarote@gleasonfavavrote.com
rchen@gleasonfavarote.com

Attorneys for Defendants
Corrections Corporation of America, CCA of
Tennessee, LLC and CCA of Tennessee, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VERMILLION,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA; a Maryland Corporation and Does 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:08-CV-1069-LJO-SMS<br><br>**STIPULATION AND ORDER TO STRIKE ALLEGATIONS FROM PLAINTIFF JESSE VERMILLION'S SECOND AMENDED COMPLAINT**<br><br>Judge: Lawrence J. O'Neill<br>Action Filed: June 11, 2008<br>Trial Date January 11, 2010 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**STIPULATION AND [PROPOSED] ORDER TO STRIKE ALLEGATIONS FROM PLAINTIFF JESSE VERMILLION'S SECOND AMENDED COMPLAINT**

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation regarding the Second Amended Complaint ("SAC") based on the following:

WHEREAS, on October 29, 2008, the Court issued an order on defendant Corrections Corporation of America's 12(b)(6) and 12(f) motions to Plaintiff's First Amended Complaint ("FAC") and made the following ruling:

    1.    DENIES F.R.Civ. P. 12(b)(6) dismissal of Mr. Vermillion's FEHA claims (the FAC's second, third and fourth causes of action); and

    2.    STRIKES the FAC's paragraphs 21, 28, 35 and 41 and punitive damages prayer in the absence of sufficient allegations of requisite conduct by managing agent; and

WHEREAS, on January 26, 2009, Plaintiff filed a Second Amended Complaint and added CCA of Tennessee, LLC and CCA of Tennessee, Inc. as defendants in this matter;

WHEREAS, counsel for both parties have agreed that the court's order of October 29, 2008 in connection with the issues addressed in the 12(b)(6) and 12(f) motions to the FAC will be applicable to the SAC and all parties; and

WHEREAS, counsel for both parties have agreed that defendants CCA of Tennessee, LLC and CCA of Tennessee, Inc. reserve their right to file any responsive pleading, including any 12(b)(6) and 12(f) motions, on any issues not previously addressed by any prior court orders.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their respective attorneys of record as follows:

    1.    The Court's order of October 29, 2008 in connection with the issues addressed in the 12(b)(6) and 12(f) motions to the FAC will be applicable to the SAC and all parties; and

///

**STIPULATION AND [PROPOSED] ORDER TO STRIKE ALLEGATIONS FROM PLAINTIFF JESSE VERMILLION'S SECOND AMENDED COMPLAINT**

2. Paragraphs 19, 24, 31, 38, 44 and the punitive damages prayer be stricken from the SAC; and

3. Defendants CCA of Tennessee, LLC and CCA of Tennessee, Inc. reserve their right to file any responsive pleading, including any 12(b)(6) and 12(f) motions, on any issues not previously resolved by any prior court orders.

Dated: March 9, 2009        GLEASON & FAVOROTE LLP

By: /s/ Richard Y. Chen
_____
Richard Y. Chen
Attorney for Defendants
Corrections Corporation of America,
CCA of Tennessee, LLC and CCA of
Tennessee, Inc.

Dated: March ___, 2009      REHWALD GLASNER & CHALEFF

/s/ Kevin Rehwald
(as authorized on March 6, 2009)
By:_____ _
Kevin Rehwald
Attorney for Plaintiff
Jesse Vermillion

## **ORDER**

**IT IS SO ORDERED.**

Dated: March _9, 2009        By: /s/ Lawrence J. O'Neill__
                                 HON. LAWRENCE J. O'NEILL
                                 United States District Judge

-3-
**STIPULATION AND [PROPOSED] ORDER TO STRIKE ALLEGATIONS FROM PLAINTIFF JESSE VERMILLION'S SECOND AMENDED COMPLAINT**