**William Rehwald, SB#51396**
**Lawrence M. Glasner, SB#142677**
**Daniel R. Chaleff, SB#173028**
**Kevin Rehwald, SB#255334**
**REHWALD GLASNER & CHALEFF**
**A Professional Corporation**
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
Telephone: (818) 703-7500 Facsimile: (818) 703-7498

Attorney for Plaintiff JESSE VERMILLION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VERMILLION, an Individual, | Case No.  1:08-CV-01069-LJO-SMS |
| Plaintiff | |
| v. | **STIPULATION TO EXTEND DISCOVERY DEADLINE;** |
| | **ORDER** |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation and Does 1 through 50 Inclusive | Judge:          Lawrence J. O'Neill |
| | Action Filed:  June 11, 2008 |
| | Trial Date:     January 11, 2010 |
| Defendants | |

        THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through

their respective attorneys of record, hereby enter into this stipulation regarding the

non-expert discovery deadline in this matter, as follows:

        WHEREAS, on January 8, 2009, this Court ordered that the parties complete

1

PDF created with pdfFactory trial version www.pdffactory.com

all discovery pertaining to non-experts on or before August 14, 2009.

WHEREAS, on June 12, 2009, counsel for Defendants requested, and was granted, a two-week extension in which to respond to Plaintiff's written discovery. In exchange, Defendants' counsel agreed to extend the discovery deadline pertaining to non-experts by two weeks.

WHEREAS, the parties agree to keep all other dates on calendar, including all other pre-trial dates as well as the trial date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their respective attorneys of record:

1.      That the non-expert discovery deadline of August 14, 2009 be moved to August 28, 2009;

2.      That all other dates on calendar, including all pre-trial dates as well as the trial date shall remain the same.

Dated:  June 30, 2009            REHWALD GLASNER & CHALEFF

                                        /s/ Kevin Rehwald
                                 By:_____
                                        KEVIN REHWALD
                                  Attorney for Plaintiff JESSE VERMILLION

Dated:  June 30, 2009            GLEASON & FAVAROTE, LLP.

                                        /s/ Richard Y. Chen
                                 By:_____
                                        RICHARD Y. CHEN
                                 Attorney for Defendants

2

PDF created with pdfFactory trial version www.pdffactory.com

1

## **ORDER**

Upon Stipulation of the parties, it is hereby ordered as follows:

1.      That the non-expert discovery deadline of August 14, 2009 is hereby moved to August 28, 2009;

2.      That all other dates on calendar, including all pre-trial dates as well as the trial date shall remain the same.


IT IS SO ORDERED.


Dated:   July 2, 2009                                    /s/ Sandra M. Snyder
                                                HONORABLE SANDRA M. SNYDER
                                                United States Magistrate Judge

3

STIPULATION TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com