# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VERMILLION, | CASE NO. CV F 08-1069 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than September 17, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the November 17, 2009 settlement conference, December 1, 2009 pre-trial conference, and January 11, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   August 28, 2009**                    /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE