# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VERMILLION, | CASE NO. CV F 08-1069 LJO SMS |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF TIME TO FILE DISPOSITIVE DOCUMENTS** |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

The parties have requested a brief extension of time to file dispositive documents while the check is processed for payment in the parties' settlement. Accordingly, this Court ORDERS the parties, **no later than October 7, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   September 11, 2009**            /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1