PAUL M. GLEASON State Bar No.: 155569
TOREY J. FAVAROTE State Bar No.: 198521
RICHARD Y. CHEN State Bar No.: 225392
GLEASON & FAVAROTE, LLP
800 West Sixth Street, Suite 1010
Los Angeles, California  90017
Telephone:     (213) 452-0510
Facsimile:     (213) 452-0514
pgleason@gleasonfavarote.com
tfavarote@gleasonfavavrote.com
rchen@gleasonfavarote.com

Attorneys for Defendants
Corrections Corporation of America, CCA of
Tennessee, LLC and CCA of Tennessee, Inc.

William Rehwald, SB#51396
Lawrence M. Glasner, SB#142677
Daniel R. Chaleff, SB#173028
Kevin Rehwald, SB#255334
REHWALD GLASNER & CHALEFF
A Professional Corporation
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
Telephone: (818) 703-7500 Facsimile: (818) 703-7498

Attorney for Plaintiff JESSE VERMILLION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VERMILLION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA; a Maryland Corporation and Does 1 through 50 inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:08-CV-1069-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**<br><br>Judge:　　　　Lawrence J. O'Neill<br>Action Filed:　June 11, 2008<br>Trial Date　　January 11, 2010 |

/ / /

/ / /

1

**PROOF OF SERVICE**

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation regarding dismissal of the entire action with prejudice as follows:

WHEREAS, on June 11, 2008, Plaintiff Jesse Vermillion ("Plaintiff") filed a complaint in the Superior Court for the State of California, County of Kern Case No. S-1500-CV-264235 WDP, against Corrections Corporation of America, wherein he alleged the following causes of action: (1) wrongful termination in violation of public policy; (2) failure to reasonably accommodate disability; (3) failure to engage in an interactive process; and (4) disability discrimination (hereinafter the "Complaint"); and

WHEREAS, on or about July 24, 2008, the Complaint was removed to the United States District Court for the Eastern District of California, Case No. 1:08-CV-1069-LJO-SMS; and;

WHEREAS, on or about January 26, 2009, Plaintiff amended his Complaint to add CCA of Tennessee, LLC, CCA of Tennessee, Inc. as defendants.

WHEREAS, counsel for Plaintiff and Defendants have discussed the merits of this case and have agreed to resolve this dispute in its entirety; and

WHEREAS, the parties also have agreed to bear their own costs and attorneys' fees in connection with the above-captioned matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, through their designated counsel, that this case be dismissed in its entirety, with prejudice, against all Defendants pursuant to F.R.C.P., Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.

Dated:  October 1, 2009                REHWALD GLASNER & CHALEFF

                                       By: /s/ Kevin Rehwald (as authorized on 10/01/09)
                                       _____
                                           Kevin Rehwald
                                           Attorney for Plaintiff
                                           Jesse Vermillion

Dated:  October 1, 2009　　　　　　　　　　GLEASON & FAVOROTE LLP

By: __/s/ Richard Y. Chen__
　　　Richard Y. Chen
　　　Attorney for Defendants
　　　Corrections Corporation of America, CCA
　　　of Tennessee, LLC and CCA of Tennessee,
　　　Inc.


## **ORDER**

　　IT IS SO ORDERED that the parties, through their designated counsel, have reached a settlement and have agreed to dismiss the above-referenced case in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.  The clerk of the court is directed to close this case in its entirety.


Dated:   October 2, 2009　　　　　　　　　　by: /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　HON. LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge